UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE and INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:20-cv-01704-SEB-TAB |
| PRICE CONSTRUCTION GROUP LLC, | )<br>) |
| Defendant. | ) |

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: ___1/26/2021___
>
> *[signature]*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## JOINT STIPULATION OF DISMISSAL

Come now the Parties, by respective counsel, and pursuant to an agreement between the Parties that the issues in this matter have been resolved, respectfully request that this matter be dismissed with prejudice as to all Parties.

Dated this 19th day of January, 2021.

s/ Donald D. Schwartz (with consent)
Donald D. Schwartz
Arnold and Kadjan, LLP
35 East Wacker Drive, Suite 600
Chicago, IL  60601

*Attorneys for Plaintiffs*

s/ Christopher S. Drewry
Christopher S. Drewry
Alexander C. Trueblood
Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032

*Attorneys for Defendant*